UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Stacy A.N., | Case No. 23-cv-323 (DJF) |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES** |
| Kilolo Kijakazi, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion for Attorney Fees ("Motion") (ECF No. 17).  Plaintiff seeks attorneys' fees in the amount of $5,103.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) ("EAJA") to be paid to her attorneys directly (*see* ECF Nos. 17, 19). The Government does not oppose Plaintiff's Motion or the amount requested (*see* ECF No. 20).  Based on the parties' agreement, the Court grants Plaintiff's Motion for Attorney Fees and directs the Government to pay $5,103.00 to Plaintiff's attorneys, Livgard, Lloyd & Christel PLLP.  In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fees may be subject to offset or satisfy any preexisting debit that Plaintiff may owe the United States.

**SO ORDERED.**

Dated: August 24, 2023

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge

1